# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | Case No. 1:16-cv-01795-DAD-BAM |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION TO FILE DISMISSAL DOCUMENTS** |
| v. | |
| TURLOCK RETAIL 2015 LLC, et al., | (Doc. No. 9) |
| Defendants. | FOURTEEN-DAY DEADLINE |

On February 16, 2017, Plaintiff Aurora Cervantes ("Plaintiff") filed a Notice of Settlement indicating that a settlement had been reached in this action. (Doc. No. 9.) Based on the notice, on February 17, 2017, the Court directed the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than April 18, 2017. (Doc. No. 8.)

On April 19, 2017, Plaintiff filed the instant request for an extension of time to file dismissal documents. Plaintiff explains that defendants are currently in the process of performing their obligations under the settlement agreement and should be finished shortly. Plaintiff therefore requests an additional fourteen (14) days to file dismissal documents. (Doc. No. 9.)

Good cause appearing, Plaintiff's request for an extension to file dismissal documents is GRANTED. Plaintiff shall file appropriate papers to dismiss or conclude this action in its

1

entirety within fourteen (14) days following service of this order.

IT IS SO ORDERED.

Dated: **April 20, 2017**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE